APPALACHIAN JUDICIAL CIRCUIT
COUNTY OF FANNIN
STATE OF GEORGIA

Warrant #: **24-959MW**

State of Georgia -vs-
Patterson, Brittany
Patterson

In-Custody ☐

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

Personally came Kaylee Robertson, who on oath says that, to the best of affiant's knowledge and belief that Patterson, Brittany Patterson did, in the County and State aforesaid, commit the offense of 16-5-60, Misdemeanor, Reckless Conduct TO WIT did willingly and knowingly did endanger the bodily safety of her juvenile son, 10 years of age, by consciously disregarding a substantial and unjustifiable risk that her act would cause the harm (endanger the safety of) the said Juvenile Patterson; said act being knowingly leaving the residence will juvenile Patterson was missing from the residence and did not report it to law enforcement. Said act was such a disregard as to constitute a gross deviation from the standard of care a reasonable person would exercise in the same situation. between the dates of 10/30/2024 at 12:15 PM and 10/30/2024 at

Sworn to on this 30th day of October, 2024 @ 6:13pm

(Deputy) Clerk / Presiding Judge

Affiant

## STATE ARREST WARRANT

To any sheriff, deputy sheriff, coroner, constable, marshall or other law enforcement officer of Georgia - Greetings:

For sufficient causes made known to me in the above affidavit and from other oral testimony given under oath, you are hereby commanded to arrest Brittany Patterson Patterson, the Defendant named in the foregoing affidavit charged by the prosecutor therein with the offense against the laws of this State as enunciated in this affidavit and bring him/her before me or some other Judicial Officer of this State to be dealt with as the law directs. Herein fail not.

Presiding Judge

## RETURN OF SERVICE

Executed on this ____ day of ____________, 20___

______________________________

Executing Officer

Agency: ______________________________

## BOND INFORMATION

0

## State of Georgia Arrest Warrant

**24-959MW**

State of Georgia
-vs-
Brittany Patterson Patterson
530 Marble City Road
Mineral Bluff, GA 30559

F/White

Date of Birth: [redacted]982
SSN:
OLN [redacted]

**OFFENSE:**
OCGA: 16-5-60
Counts: 1 Misdemeanor, Reckless Conduct

**PROSECUTOR:**
Kaylee Robertson
645 W First Street
Blue Ridge, GA

**LAW ENFORCEMENT CASE #**
24-10-1959

**Exhibit A – Arrest Affidavit and Warrant**