**IN THE SUPERIOR COURT OF FANNIN COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| STATE OF GEORGIA | * | |
| | * | WARRANT NO. 24-959MW |
| VS. | * | |
| | * | CHARGE: |
| BRITTANY PATTERSON<br>DEFENDANT | * | Reckless Conduct |

**WARRANT DISMISSAL**

The above-styled Warrant is hereby dismissed for the following reason:

The State has received the case file from the law enforcement agency. After a thorough review of the case file, including incident reports, body camera footage, witness statements, and the associated warrant, the State will not proceed with the prosecution of this case.

Additionally, discussions with the law enforcement agency and the passage of time since the incident have revealed no new issues or developments related to this case. As such, the State will not be moving forward with the prosecution of this case at this time.

This 7th day of February, 2025

Frank H. Wood, III
District Attorney
Appalachian Judicial Circuit

COPY FILED
FEB 07 2025
FANNIN CO. CLERK OF SUPERIOR CT.

**Exhibit B – Warrant Dismissal**