October 24, 2025

ANTE LITEM NOTICE Pursuant to O.C.G.A. §36-11-1
Via Certified Mail – Return Receipt Requested

Sheriff Dane Kirby
Fannin County Sheriff's Office
645 West First Street
Blue Ridge, Georgia 30513

Re: Claim of [redacted], by and through his parents Joshua and Brittany Patterson, and Claims of Brittany Patterson and Joshua Patterson
Date of Incident: October 30, 2024
Location: Mineral Bluff, Fannin County, Georgia

Dear Sheriff Kirby:

This notice is submitted pursuant to O.C.G.A. §36-11-1 (and any other applicable law) to inform you of claims for damages resulting from the unlawful arrest and detention of Brittany Patterson and the unlawful seizure and interrogation of [redacted], a minor, by deputies under your command on October 30, 2024.

The Deputies acted within the course and scope of their employment and under the supervision and authority of the Sheriff of Fannin County. Their conduct, including the arrest of Ms. Patterson for "reckless conduct," lacked probable cause, was based on a warrant containing false factual assertions, and was carried out with malice or reckless disregard for her constitutional and statutory rights, depriving Ms. Patterson and her child of liberty and due process. Their actions also included entering the family residence without exigent circumstances or permission. The detainment and questioning of the minor child were also without probable cause and without exigent circumstances.

Additionally, the actions of the Deputies from the Sheriff's Office triggered wrongful conduct by DFCS and involved the Sheriff's Office and these Deputies in drafting and presenting a so-called "Safety Plan," which falsely suggested parental neglect and caused emotional and reputational harm to Ms. Patterson and her son, despite no actual risk to the child and the fact that the "Safety Plan" would not provide any safety for the child.

The Deputies disregarded both state law and the opinions of the Georgia Supreme Court from more than a decade earlier, which should have alerted them that their actions would infringe upon the rights of Ms. Patterson and [redacted]. Your office's failure to properly train your Deputies is a direct cause of their misconduct.

**Exhibit C – Ante Litem Notice to Sheriff Dane Kirby**

The claimants seek compensation for physical restraint, emotional distress, reputational injury, and related damages. This notice is provided within twelve months of the incident, preserving all rights to pursue appropriate relief.

Please direct all correspondence regarding this matter to our mailing address: P.O. Box 680755, Marietta, Georgia 30068. In this day and age, no writing is required; an email with a PDF attached will suffice.

With gratitude,

*David S. DeLugas*

David S. DeLugas
Attorney for Brittany Patterson, Joshua Patterson, and S[redacted] P[redacted]

National Association of Parents, Inc. d/b/a ParentsUSA
Email: david.delugas@parentsusa.org
Direct Phone: 404-314-4536
E-Fax: 1-866-622-4020