October 24, 2025

ANTE LITEM NOTICE Pursuant to O.C.G.A. §36-11-1
Via Certified Mail – Return Receipt Requested

Fannin County Board of Commissioners
400 West Main Street, Suite 100
Blue Ridge, Georgia 30513

Re: Claim of S[redacted] P[redacted], by and through his parents Joshua and Brittany Patterson, and Claims of Brittany Patterson and Joshua Patterson
Date of Incident: October 30, 2024
Location: Mineral Bluff, Fannin County, Georgia

To the Honorable Members of the Fannin County Board of Commissioners:

Pursuant to O.C.G.A. §36-11-1, this letter serves as written notice of a claim for injuries and damages resulting from the unlawful detention, arrest, and malicious prosecution of Brittany Patterson, as well as the unlawful detainment, seizure, and questioning of S[redacted] P[redacted], a minor child whose parents are Joshua and Brittany Patterson, by Deputies of the Fannin County Sheriff's Office on October 30, 2024.

The Deputies acted within the course and scope of their employment and under the supervision and authority of the Sheriff of Fannin County. Their conduct, including the arrest of Ms. Patterson for "reckless conduct," lacked probable cause, was based on a warrant containing false factual assertions, and was carried out with malice or reckless disregard for her constitutional and statutory rights. Their actions also included entering the family residence without exigent circumstances or permission. The detainment and questioning of the minor child were also without probable cause and without exigent circumstances.

Additionally, the actions of the Deputies from the Sheriff's Office triggered wrongful conduct by DFCS and involved the Sheriff's Office and these Deputies in drafting and presenting a so-called "Safety Plan," which falsely suggested parental neglect and caused emotional and reputational harm to Ms. Patterson, Mr. Patterson, and their son, despite no actual risk to the child and the fact that the "Safety Plan" would not provide any safety for the child.

As a result of these actions, the claimants suffered loss of liberty, humiliation, emotional distress, reputational damage, and financial injury, all of which continue to this date.

This notice is timely, being submitted within twelve (12) months of the occurrence, and is intended to preserve all claims available against Fannin County under state law.

**Exhibit D – Ante Litem Notice to Fannin County Board of Commissioners**

Please direct all correspondence regarding this matter to our mailing address: P.O. Box 680755, Marietta, Georgia 30068. In this day and age, no writing is required; an email with a PDF attached will suffice.

With gratitude,

*David S. DeLugas*

David S. DeLugas
Attorney for Brittany Patterson and S[redacted] P[redacted]

National Association of Parents, Inc. d/b/a ParentsUSA
Email: david.delugas@parentsusa.org
Direct Phone: 404-314-4536
E-Fax: 1-866-622-4020